# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  23-8003
_____

Douglas Phillip Brust, D.C., P.C.; Alan Presswood, D.C., P.C., individually and on behalf of all others similarly-situated

Respondents

v.

Opensided MRI of St. Louis, LLC; Opensided MRI of St. Louis II, LLC

Petitioners

Paul Eugene Schwetz

Matthew Ruyle

Petitioner

John Does 1-10

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-00089-SEP)
_____

**JUDGMENT**

Before GRUENDER, SHEPHERD, and KOBES, Circuit Judges.

The petition for permission to appeal is denied.

Mandate shall issue forthwith.

May 16, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Michael E. Gans