UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOUGLAS PHILLIP BRUST, D.C., P.C., and ALAN PRESSWOOD, D.C., P.C., individually and on behalf of others similarly situated, )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiff, ) | Case No. 4:21-cv-00089-SEP |
| v. )<br>) | |
| OPENSIDED MRI OF ST. LOUIS LLC, et al, )<br>) | |
| Defendants. ) | |

### Judgment

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Class Action Settlement, entered into by and between the parties to resolve all outstanding claims in this action, is **APPROVED**. The Memorandum and Order and this Judgment are considered final and appealable as of the date of their entry.

Dated this 27th day of August, 2024.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE